UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL MARINO MORETA VENTURA,<br><br>        Petitioner,<br><br>    -against-<br><br>KENNETH GENALO, TODD M. LYONS, and KRISTI NOEM,<br><br>        Respondents. | 25-cv-5329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court is in receipt of petitioner Ariel Ventrua's petition for a writ of habeas corpus. **To preserve the Court's jurisdiction pending a ruling on the petition, Ventura shall not be removed from the United States unless and until the Court orders otherwise.** *See, e.g., Local 1814, Intern. Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned up)); *see also M.K. v. Joyce*, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025). **Ventura shall also not be transferred outside of the Southern District of New York unless and until the Court orders otherwise.**

  The Court will hold a hearing on Ventura's petition at **2:00 PM** on **Tuesday, July 1, 2025** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007**. By **5:00 PM** on **Monday, June 30, 2025**, the parties shall meet and confer and submit a joint letter outlining the issues in dispute and proposing a briefing schedule, if necessary.

  By **today, June 27, 2025**, Ventura's counsel is directed **(1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Southern District of New York and by overnight mail, and (2) to file promptly proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.**

  SO ORDERED.

Dated: June 27, 2025
   New York, New York

                          _____
                          ARUN SUBRAMANIAN
                          United States District Judge