UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL MARINO MORETA VENTURA,<br><br>       Petitioner,<br><br>    -against-<br><br>KENNETH GENALO, TODD M. LYONS, and KRISTI NOEM,<br><br>       Respondents. | 25-cv-5329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court is in receipt of petitioner Ariel Ventura's pre-conference statement, which indicates that Ventura suffers from diabetes and requires treatment, but that petitioner's counsel has been unable to reach any appropriate official involved in Ventura's detention to confirm that he is receiving appropriate treatment. *See* Dkt. 11. Petitioner's counsel should reach out the United States Attorney's Office, Civil Division, apprise that office of the issues raised in the pre-conference statement, and email that office the relevant pleadings in this case. If any further relief is requested from the Court, then petitioner should file an appropriate motion.

  SO ORDERED.

Dated: June 30, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge