U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 4, 2025

By ECF
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Moreta Ventura v. Genalo*, No. 25 Civ. 5329 (AS)

Dear Judge Subramanian:

    This Office represents the government in the above-referenced habeas corpus action. We write further to the extension request filed shortly before midnight, ECF No. 24, respectfully seeking a three-hour extension of the deadline to file the government's combined opposition to the petition for writ of habeas corpus and the emergency request for an order to show cause, such that the opposition be filed by 3:00 a.m. on July 4, 2025. Moments after the extension request was filed, petitioner's counsel responded with his consent to the government's request.

    I thank the Court for its consideration of this submission.

               Respectfully submitted,

               JAY CLAYTON
               United States Attorney for the
               Southern District of New York

By:    /s/ Brandon M. Waterman
        BRANDON M. WATERMAN
        Assistant United States Attorney
        Telephone: (212) 637-2743
        E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)