UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ARIEL MARINO MORETA VENTURA,<br><br>                              Petitioner,<br><br>          -against-<br><br>KENNETH GENALO, *et al.*,<br><br>                              Respondents. | No. 25-cv-5329 (AS)<br><br>DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR CARLA CALIDONIO |

I, Carla Calidonio, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1.    I am an Assistant Field Office Director ("AFOD") in the New York City Field Office of Enforcement and Removal Operations ("ERO New York") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2.    As the AFOD, I am responsible for, among other things, oversight of the civil immigration arrest and detention of aliens in the New York City area. In my role as the AFOD, I have access to records maintained in the ordinary course of business by ICE, including documentary records concerning ERO New York and the alien detainees who fall within its responsibility.

3.    I have prepared this declaration in connection with the Petition for a Writ of Habeas Corpus filed by Ariel Marino Moreta Ventura ("Moreta Ventura"). Moreta Ventura has been assigned the following Alien Number: 246-157-037. The following representations are based on my personal knowledge and on my review of Moreta Ventura's administrative file, consultation with my colleagues, and ICE electronic records and databases.

4.    Moreta Ventura is a native and citizen of Dominican Republic.

5.   On October 30, 2022, U.S. Border Patrol agents encountered Moreta Ventura in the Del Rio Sector area of operations in Texas near the U.S./Mexican border.  Border Patrol arrested Moreta Ventura, transported him to the Border Patrol Station in Del Rio for processing, and advised him of his rights.  Moreta Ventura admitted to Border Patrol that he unlawfully entered the United States on October 30, 2022, by crossing the Rio Grande River near Eagle Pass, Texas, and that he was not inspected or admitted by an Immigration Officer.

6.   On October 31, 2022, a Border Patrol Agent personally served Moreta Ventura with a Notice to Appear (I-862) charging him with inadmissibility pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA), 8 U.S.C. § 1182(a)(6)(A)(i), as amended, in that Moreta Ventura was "present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General."  The notice further ordered Moreta Ventura to appear before an Immigration Judge on February 28, 2023, at 26 Federal Plaza, New York, NY.  The Border Patrol Agent also provided Moreta Ventura with oral notice in the Spanish language of the time and place of his hearing and of the consequences of failure to appear for a schedule hearing pursuant to INA Section 240(b)(7).  The NTA was subsequently served on the Executive Office for Immigration Review, thereby commencing removal proceedings against Moreta Ventura.

7.   ICE authorized Border Patrol to release Moreta Ventura on his own recognizance and to provide him with an I-220(A) document containing reporting instructions to the ICE office in New York nearest to him.

8.  On December 8, 2023, the Executive Office for Immigration Review issued Moreta Ventura a Notice of Hearing, rescheduling the initial hearing from February 28, 2023, to April 11, 2023.  The hearing notice included a warning about the consequences of a failure to appear.

9.  On April 11, 2023, Moreta Ventura appeared without counsel for an initial master calendar hearing before an Immigration Judge at 26 Federal Plaza in New York.  The Immigration Judge provided Moreta Ventura with the initial advisals, including the requirement to file for asylum within one year of entry into the United States or another form of relief, and reset his case for another hearing on September 19, 2023, to afford Moreta Ventura an opportunity to retain counsel or file his relief application without one.

10. On September 19, 2023, Moreta Ventura appeared without counsel for his second master calendar hearing.  Moreta Ventura had not filed any application for relief from removal. The Immigration Judge continued the case until December 15, 2023 for Moreta Ventura to submit his application for asylum with a detailed statement and supporting documents. The Immigration Judge reiterated that there is a one-year deadline for filing an asylum claim, which in Moreta Ventura's case would expire on October 30, 2023.

11. On October 31, 2023, Moreta Ventura filed an application for relief with the immigration court.

12. On December 15, 2023, Moreta Ventura appeared without counsel for his third master calendar hearing. The Immigration Judge requested that Moreta Ventura provide a detailed statement to accompany the application for relief that he filed on October 31. The Immigration Judge continued the hearing until April 26, 2024, but that hearing was postponed due to the court's docketing necessities for May 6, 2024.

13.  On May 6, 2024, Moreta Ventura appeared without counsel for a fourth master calendar hearing, at which pleadings were taken on the NTA. Moreta Ventura admitted all the allegations contained in the NTA. The Immigration Judge sustained the charge of inadmissibility and set an individual merits hearing date for November 22, 2023. Then, Moreta Ventura claimed that his father is a United States citizen. The Immigration Judge advised Moreta Ventura to take a DNA test to see if he could adjust his status as an alien relative of a United States citizen. The Immigration Judge set a date for a merits hearing on Moreta Ventura's application for relief for November 22, 2024.

14.  On November 22, 2024, Moreta Ventura appeared without counsel for his hearing on the merits of his application for relief, at which he testified in support of his application. Separate from the merits of his application for relief, Moreta Ventura again stated that his father is a United States citizen. The Immigration Judge allowed him to submit his father's certificate of naturalization, his own birth certificate, and DNA-evidence showing he is related to his father so that DHS may consider exercising prosecutorial discretion in a manner that allows Moreta Ventura to adjust his status as the son of a United States citizen. The Immigration Judge reset the matter to December 6, 2024, for a continued merits hearing and to render a decision.

15.  On December 6, 2024, Moreta Ventura appeared without counsel for a continued merits hearing. He provided DNA test results establishing his United States citizen father's paternity, as well as his father's naturalization certificate. The Immigration Judge continued the matter until March 6, 2025, for ICE to present its position on granting prosecutorial discretion in a manner to allow Moreta Ventura to adjust his status as the son of a United States citizen. At the conclusion of the hearing, Moreta Ventura was personally served with

a Notice of Hearing for the March 6, 2025, hearing which was also included in the court's electronic record.

16. On March 6, 2025, Moreta Ventura failed to appear for the scheduled hearing and nobody on his behalf contacted the Immigration Court. The Immigration Judge entered an order for removal in absentia against Moreta Ventura as a consequence of his failure to appear, and deemed his application for relief abandoned and denied for lack of prosecution.

17. On March 12, 2025, Moreta Ventura filed a pro se motion to reopen his removal proceedings with the Immigration Judge.

18. On March 28, 2025, the Immigration Judge denied, without prejudice, Moreta Ventura's motion to reopen because it contained no basis for reopening.

19. On June 5, 2025, ICE issued a Form G-56 to Moreta Ventura, directing him to report to ICE at 26 Federal Plaza on June 26, 2025.

20. On June 23, 2025, Moreta Ventura, through counsel, filed another motion to reopen with the Immigration Judge. ICE intends to file an opposition to this motion to reopen. As of today's date, that motion remains pending.

21. On June 26, 2025, Moreta Ventura reported to ICE as directed. As Moreta Ventura has a removal order issued by the Immigration Judge on March 6, 2025, and there was no impediment to detention, Moreta Ventura was taken into custody without incident.

22. On June 26, 2025, ICE conducted an informal interview with Moreta Ventura and he was advised that his release was revoked because the Immigration Court entered a final order of removal against him and he was asked if there was any reason his release should not be revoked, such as being the sole caretaker of minors or medical conditions not previously

known to ICE. Moreta Ventura did not provide any reason for his release not to be revoked.

23. After determining there was no impediment to detention, ICE processed Moreta Ventura as an individual who has been ordered removed from the United States and is required to report with their personal belongings to be deported, at ICE offices at 26 Federal Plaza. ICE executed these Forms: I-205, I-229A, FD- 249, I-213, FD-936, and provided Moreta Ventura with the Online Detainee Locator System (ODLS) Privacy Notice and a List of Pro Bono Legal Service Providers. During the post-arrest processing, Moreta Ventura stated that he was in good health and denied taking any medication. At no time during this evaluation did he state that he has diabetes. Subsequently, later in the afternoon and after processing, the arresting officer was advised that Moreta Ventura was subject to an automatic stay of removal because he filed a motion for the immigration court to reopen his case and to vacate the in-absentia removal order.

24. On June 26, 2025, ICE's only long-term detention facility in the Southern District of New York at Orange County Jail ("OCJ") in Goshen New York was overcapacity and could not accommodate any additional detainees with Moreta Ventura's risk classification.

25. On June 26, 2025, Moreta Ventura filed a Petition for a Writ of Habeas Corpus.

26. On June 27, 2025, at approximately 2:05 p.m., ERO New York City Field Office (ERO New York) Transport and Removal Operations submitted a Form I-216 to ERO New Orleans Field Office to request bedspace for Moreta Ventura in Louisiana which was approved by the New Orleans Field Office on the same day and flight arrangements were made the same day at approximately 2:15 p.m. for transport to Alexandria Louisiana via ICE Air flight on June 30, 2025.  The Form I-216 is a form sent to other Field Offices that

can allocate bedspace that includes a list of individuals for whom the request is for. Bedspace requests are directed to Field Offices and not to specific facilities.

27. While awaiting transportation at 26 Federal Plaza, detainees are provided with heater meals that accommodate different diets including meat and vegetarian meals three times a day as well as sometimes bagels for breakfast. Detainees are never served soup.

28. At an unknown time on June 27, 2025, the federal court issued an order enjoining DHS from removing Moreta Ventura from the United States or transferring him to another United States Judicial District. Counsel at the U.S. Attorney's Office for the Southern District of New York forwarded a copy of that order to an ICE attorney at 7:45pm on June 27, 2025, and that ICE attorney forwarded a copy of that order to the arresting officer, another deportation officer, and the acting Assistant Field Office Director of Transport and Removal Operations at 9:40 p.m. on June 27, 2025.

29. On June 28, 2025, at approximately 7:20 a.m., the arresting officer uploaded a copy of the SDNY order to ERO's EARM database and made a separate annotation indicating that there is a court order enjoining transfer out of SDNY. These notations were made so that ICE personnel who handle the case following arrest are aware of any impediments to detention, removal, or movement or other legal requirements.

30. In situations where there is legal impediment to transfer, ICE personnel in Transport and Removal Operations will comply and remove the alien from any issued flight manifests and rescind previously allotted seats on ICE Air so that even aliens inadvertently transported to an airport could not be boarded on an aircraft. In the case of Moreta Ventura, this administrative step was mistakenly not completed and he remained scheduled for an ICE Air flight.

31. On June 28, 2025, Moreta Ventura was evaluated by ICE Health Service Corps (IHSC) medical staff at 26 Federal Plaza where he was specifically asked if: 1) he is currently or have ever taken any medication on a regular basis, including over the counter and herbal; 2) if he now or has ever been treated by a doctor for a medical condition to include hospitalizations, surgeries, infectious or communicable diseases; and 3) if he has any specific dietary needs. Moreta Ventura responded no to all these questions. At no time did Moreta Ventura state that he has diabetes or requires any medical care.

32. On June 28, 2025, at approximately 5:30 p.m., ICE temporarily transferred several detainees, including Moreta Ventura, to Nassau County Correctional Facility ("NCCF") due to the large number of detainees at 26 Federal Plaza in processing. ICE sought to temporarily move detainees to NCCF to alleviate capacity at 26 Federal Plaza. NCCF does not accommodate aliens beyond 72-hours but is better equipped with overnight accommodation and medical staff. ICE acknowledges that Moreta Ventura should not have been included in this temporary transfer given the SDNY court order, and his inclusion in the group that was temporarily transferred to NCFF was inadvertent due to the large number of detainees undergoing processing at 26 Federal Plaza.

33. On June 29, 2025, Moreta Ventura was transported back to 26 Federal Plaza.

34. Between June 26, 2025 and July 1, 2025, ICE's detention facility at OCJ was at or overcapacity every day and could not accommodate additional detainees with Moreta Ventura's risk classification.

35. On June 30, 2025, Moreta Ventura was transported by Paragon contractors and ICE personnel from 26 Federal Plaza to Trenton Airport in New Jersey for the scheduled 10:00 a.m. flight.

36. This movement occurred mistakenly despite the database entry notating the existence of the SDNY court order, which should have informed involved ICE personnel that he should not have been moved. He was also mistakenly allowed to board the aircraft because his name was never removed from the flight manifest.

37. On June 30, 2025, at approximately 11:45 a.m., ERO New York requested that medical personnel reevaluate Moreta Ventura at 26 Federal Plaza after being provided with medical documentation through his attorney indicating that he was diagnosed diabetic and was prescribed medication.

38. On June 30, 2025, the ICE Air flight carrying Moreta Ventura arrived in Alexandria, Louisiana at approximately 12:20 p.m. EST.

39. At approximately 12:30 p.m. EST, ERO New York staff at 26 Federal Plaza, while attempting to arrange the medical evaluation, became aware that Moreta Ventura had been inadvertently transferred to Alexandria earlier in the day. Upon discovering this error, ERO New York immediately proceeded to take steps to return him to the Southern District of New York as soon as possible.

40. On the afternoon of June 30, 2025, ERO New York attempted to arrange commercial flights from Louisiana to New York City area airports on July 1, 2025 for Moreta Ventura and escorting officers, but could not reserve government approvable flights from either Alexandria or New Orleans, Louisiana. ERO New York was able to secure an ICE Air Flight for Moreta Ventura from Alexandria, Louisiana to Baltimore, Maryland for July 2, 2025. ICE planned to drive Moreta Ventura from Baltimore to New York that same day.

41. On the same date, following his arrival in Alexandria, Louisiana, Moreta Ventura was immediately transported to the Jackson Parish Correctional Center in Jonesboro,

Louisiana to be evaluated by the medical unit there. During that evaluation, Moreta Ventura reported to the nurse that he has a history of diabetes but specifically told the nurse he does not want to take insulin, stating that he controls his diabetes with diet, exercise, and drinking some kind of tea that his mother gives him. At the time of this evaluation, his blood sugar was checked, and it was 103.

42.    During his detention in Louisiana, Moreta Ventura was provided meals since he arrived. The detainees there are provided 3 meals a day at the designated times.

43.    On July 2, 2025, at approximately 10:45 a.m. CT Moreta Ventura was transported via ICE Air from Alexandria Louisiana to Baltimore where he was met by officers from ERO New York who transported him to 26 Federal Plaza by car.

44.    On July 2, 2025, at approximately 6:12 p.m., Moreta Ventura arrived at 26 Federal Plaza. He was provided with a meal and allowed an opportunity to contact both his family and his attorney by phone.  He was also evaluated by an IHSC Registered Nurse who specifically discussed his diabetes, the needed medications, and potential consequences of not taking them.  His blood sugar was checked and was 160.  Moreta Ventura refused treatment and stated that he does not want insulin.  He executed a form confirming his refusal of medical treatment.

45.    Due to an unforeseen situation involving an ICE Air flight at Trenton Airport that required the diversion of ICE personnel and contractors to that location, there were no available personnel to transport Moreta Ventura to Orange County Jail on the evening of July 2, 2025.  As a result, Moreta Ventura stayed at 26 Federal Plaza for the night.

46.    On July 3, 2025, at approximately 10:40 a.m., ICE contractors transported Moreta Ventura to Orange County Jail.  Due to his refusal to accept medical treatment, IHSC medical staff

at 26 Federal Plaza were not permitted to re-evaluate Moreta Ventura before he departed 26 Federal Plaza.  ICE personnel and contractors were given instructions to closely observe Moreta Ventura and to immediately divert to a medical facility if there were signs of distress or illness.

47.    ICE is aware that due to the pendency of Moreta Ventura's Motion to Reopen, he is subject to an automatic stay of removal, which temporarily prevents the execution of his removal order.  Once any stay is lifted, and assuming he is still subject to a final removal order, ICE will take steps to promptly execute his removal order.  ICE is unaware of any impediment to executing removals to the Dominican Republic and routinely does so.

I declare under the penalty of perjury that the foregoing is true and correct.


Executed at New York, NY
This 3rd day of July 2025.

CARLA M CALIDONIO

Digitally signed by CARLA M CALIDONIO
DN: cn=CARLA M CALIDONIO, o=U.S.
Government, ou=People,
email=Carla.Calidonio@ice.dhs.gov, c=US
Date: 2025-07-03T19:23:18-0400

Carla Calidonio
Assistant Field Office Director
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security