UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL MARINO MORETA VENTURA,<br><br>        Petitioner,<br><br>  -against-<br><br>KENNETH GENALO, TODD M. LYONS, and KRISTI NOEM,<br><br>        Respondents. | 25-cv-5329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On petitioner Ariel Ventura's consent, *see* Dkt. 22, the Court's June 26, 2026 injunction is **modified** as follows: Ventura shall not be removed from the United States unless and until the Court orders otherwise. If the Government continues to detain Ventura, Ventura shall be detained within the Southern District of New York; at the Orange County Jail in Goshen, New York; or at the Elizabeth Detention Center in Elizabeth, New Jersey.

  SO ORDERED.

Dated: July 2, 2025
   New York, New York

                     _____
                       ARUN SUBRAMANIAN
                      United States District Judge