UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIEL MARINO MORETA VENTURA,<br><br>                              Petitioner,<br><br>              -against-<br><br>KENNETH GENALO, TODD M. LYONS, and KRISTI NOEM,<br><br>                              Respondents. | 25-cv-5329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **July 11, 2025**, Petitioner Ariel Ventura shall submit a letter advising the Court as to whether Ventura has sought a bond hearing during his current detention. If Ventura has sought a bond hearing, Ventura shall advise the Court as to that hearing's outcome; if Ventura has not yet requested a bond hearing, Ventura shall advise to the Court as to whether (and when) he intends to do so. *See* U.S. DEP'T OF JUSTICE, IMMIGRATION COURT PRACTICE MANUAL §9.3, available at https://www.justice.gov/eoir/reference-materials/ic/chapter-9/3.

      SO ORDERED.

Dated: July 10, 2025
      New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge